UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STERLING NATIONAL BANK,    )
    )
    Plaintiff,    )
    )   Case No. 1:21-cv-568
    v.    )
    )   Hon. Hala Y. Jarbou
185 WEST MAIN FINANCIAL, LLC,    )
PLASTICS MACHINERY GROUP, INC.,    )
BRIAN COLL, DONALD KRUSCHKE    )
and  PENINSULA PLASTICS    )
COMPANY, INC.,    )
    )
    Defendants.    )
    )

## STIPULATION OF DISMISSAL

The parties stipulate to a dismissal of the above action, with prejudice and without costs.

October 7, 2021

/s/ Lisa A. Hall
Lisa A. Hall (P70200)
Plunkett Cooney
Attorneys for Plaintiff
333 Bridge Street NW, Suite 530
Grand Rapids, MI 49504
(616) 752-4615
lhall@plunkettcooney.com

/s/ Samir B. Dahman
Samir B. Dahman (P76867)
Kohrman Jackson Krantz LLP
Counsel for 185 West Main, Plastics
Machinery Group, Inc., Donald Kruschke, and
Brian Coll
2723 South State Street Suite 150
Ann Arbor, MI 48104-6188
Tel:  734.707.1882
sbd@kjk.com

/s/ A. Michael Palizzi
A. Michael Palizzi
Miller Canfield
Attorney for Defendant Peninsula Plastics
Company, Inc.
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 496-7645
palizzi@millercanfield.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| STERLING NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-00568 |
| | ) | |
| v. | ) | Hon. Hala Y. Jarbou |
| | ) | |
| 185 WEST MAIN FINANCIAL, LLC, | ) | |
| PLASTICS MACHINERY GROUP, INC., | ) | |
| BRIAN COLL, DONALD KRUSCHKE | ) | |
| and PENINSULA PLASTICS | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED AND ADJUDGED THAT,** this case is dismissed with

prejudice and without costs.

IT IS SO ORDERED.


Dated: _____October 7_____, 2021      /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                           UNITED STATES DISTRICT JUDGE